| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GRIFFIN-MARTHEL, ELAINE** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**MARTHEL JR., EDDIE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**ELAINE GRIFFIN** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**4007** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**1485** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1042 VIEWPOINT DRIVE**<br>**LAKE IN THE HILLS, ILLINOIS**<br>ZIP CODE **60156** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1042 VIEWPOINT DRIVE**<br>**LAKE IN THE HILLS, ILLINOIS**<br>ZIP CODE **60156** |
| County of Residence or of the Principal Place of Business:<br>**MCHENRY COUNTY** | County of Residence or of the Principal Place of Business:<br>**MCHENRY COUNTY** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
**UNITED STATES OF AMERICA**

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 31 2015
JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - VG

**Estimated Number of Creditors**
| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>MARTHEL JR., EDDIE & GRIFFIN-MARTHEL, ELAINE |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>MARTHEL JR., EDDIE &GRIFFIN-MARTHEL, ELAINE |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *[signed]*
Signature of Debtor

X  *[signed]*
Signature of Joint Debtor
773-592-4512
Telephone Number (if not represented by attorney)
8/18/15
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  DEBTOR NOT REPRESENTED BY ATTORNEY
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re ELAINE GRIFFIN- MARTHEL                        Case No._____
        Debtor                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                      Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*

Date: 8/18/15

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re EDDIE MARTHEL JR                                    Case No._____
           Debtor                                                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                Page 2

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: 08/19/15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: GRIFFIN-MARTHEL, ELAINE &
MARTHEL JR., EDDIE        )
                          )
                          )
                          )          Case No.
Debtor(s)                 )          Chapter
                          )
                          )
                          )

List of Creditors

| CAPITAL ONE / BEST BUY #702127132196**** | CAPITAL ONE / MENARDS #600430090788**** |
|---|---|
| P O BOX 30253 | P O BOX 30253 |
| SALT LAKE CITY, UT 84130-0253 | SALT LAKE CITY, UT 84130-0253 |
| (800) 695-6950 | (800) 695-6950 |
| Original ChargeOff: $3,536 | Original ChargeOff: $686 |
| CHASE/BANK ONE CARD SERV #426690203293**** | CITICARDS CBNA #542418056678**** |
| PO BOX 15298 | 701 E 60TH ST N |
| WILMINGTON, DE 19850 | SIOUX FALLS, SD 57104 |
| (800) 432-3117 | (888) 248-4728 |
| Original ChargeOff: $6,397 | $2761 |
| DISCOVER FINCL SVC LLC #601100715959**** | DISCOVER FINCL SVC LLC #601100793449**** |
| PO BOX 15316 | PO BOX 15316 |
| WILMINGTON, DE 19850-5316 | WILMINGTON, DE 19850-5316 |
| (800) 347-2683 | (800) 347-2683 |
| $2571 | $3550.65 |

Page 1 of 5

Debtor/Joint Debtor's Name: ELAINE GRIFFIN-MARTHEL & EDDIE MARTHEL JR.

| | |
|---|---|
| SYNCB/JC PENNEY #600889248943****<br>PO BOX 965007<br>ORLANDO, FL 32896-5007<br>(866) 227-5213<br>$190 | WELLS FARGO DLRSVC/WACHO #51576912****<br>PO BOX 1697<br>WINTERVILLE, NC 28590<br>(800) 289-8004<br>$3345 |
| WF FINANCIAL CARDS #604870100131****<br>CSCL DSP TM MAC N8235-04MP O BOX 14517<br>DES MOINES, IA 50306<br>Phone number not available<br>$1539 | AMERICAN FINANCIAL MGMT #8931**<br>3715 VENTURA DR<br>ARLINGTON HEIG, IL 60004<br>(847) 259-7000 x12400<br>$7,725 |
| CREDITORS DISCOUNT & AUD #H51240M2****<br>PO BOX 213<br>STREATOR, IL 61364-0213<br>(815) 672-3176<br>$259 | ENHANCED RECOVERY COMPAN #11190****<br>P O Box 57547<br>JACKSONVILLE, FL 32241<br>(904) 680-2591<br>$ 58 |
| MCSI #MCSISTNPSS112****<br>7330 COLLEGE DR<br>PALOS HEIGHTS, IL 60463<br>(708) 613-2062<br>$200 | MEDICAL BUSINESS BUREAU #4334194014****<br>PO BOX 1219<br>PARK RIDGE, IL 60068-7219<br>(800) 438-8146<br>$200 |
| MIDLAND FUNDING LLC #855990****<br>2365 NORTHSIDE DRIVESUITE 300<br>SAN DIEGO, CA 92108<br>(844) 236-1959<br>$626 | MIDLAND FUNDING LLC #856009****<br>2365 NORTHSIDE DRIVESUITE 300<br>SAN DIEGO, CA 92108<br>(844) 236-1959<br>$3674 |
| MIRAMED REVENUE GROUP #1547****<br>991 OAK CREEK DR<br>LOMBARD, IL 60148<br>(630) 424-4000<br>$150 | PORTFOLIO RECOVERY #600430090788****<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502<br>(800) 772-1413<br>$1067 |
| PORTFOLIO RECOVERY #604870100131****<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502<br>(800) 772-1413<br>$1539 | MIRAMED REVENUE GROUP #1547****<br>991 OAK CREEK DR<br>LOMBARD, IL 60148<br>(630) 424-4000<br>$151 |
| MIRAMED REVENUE GROUP #1547****<br>991 OAK CREEK DR<br>LOMBARD, IL 60148<br>(630) 424-4000<br>$430 | SOURCE RECEIVABLES MANAG #1395****<br>PO BOX 4068<br>GREENSBORO, NC 27404<br>(336) 358-4949<br>$343 |

Debtor/Joint Debtor's Name: <u>ELAINE GRIFFIN-MARTHEL & EDDIE MARTHEL JR.</u>

| | |
|---|---|
| **TD BANK USA/TARGET CREDI #66682\*\*\*\*** <br> PO BOX 673 <br> MINNEAPOLIS, MN 55440 <br> Phone number not available <br> $608 | **VAN RU CREDIT CORPORATIO** <br> 1350 E TOUHY <br> SUITE 300E <br> DES PLAINES, IL 60018 <br> (800) 468-2678 |
| **CAVALRY PORTFOLIO SVCS** <br> 500 SUMMIT LAKE DR <br> STE 4A <br> VALHALLA, NY 10595 <br> (800) 501-0909 | **FIA CSNA** <br> P O BOX 982238 <br> ELPASO, TX 79998 <br> (800) 421-2110 |
| **LTD FINANCIAL SERVICES** <br> 7322 SOUTHWEST FRE <br> SUITE 1600 <br> HOUSTON, TX 77074 <br> (713) 414-2100 | **MERCANTILE ADJUSTMENT BU** <br> 165 LAWRENCE BELL <br> SUITE 100 <br> WILLIAMSVILLE, NY 14221 <br> (800) 480-7094 |
| **REGIONAL ADJUSTMENT BURE** <br> 1900 CHARLES BRYAN <br> SUITE 110 <br> MEMPHIS, TN 38016 <br> (901) 382-0250 | **ARS NATIONAL** <br> 201 WEST GRAND <br> ESCONDIDO, CA 92025 <br> (800) 456-5032 |
| **CAPITAL MANAGEMENT SVC** <br> 698 S OGDEN ST <br> BUFFALO, NY 14206 <br> (716) 566-2617 | **SOURCE RECEIVABLES MNGMN** <br> 4615 DUNDAS DR <br> SUITE 102 <br> GREENSBORO, NC 27407 <br> (336) 286-3111 |
| **FIRSTSOURCE ADVANTAGE LL** <br> 205 BRYANT WOODS S <br> AMHERST, NY 14228 <br> (716) 564-4400 | **NW MED FAC FDTN** <br> 680 N LAKE SHORE D <br> CHICAGO, IL 60611 <br> (312) 503-8194 |
| **ENHANCED RECOVERY** <br> 8014 BAYBERRY ROAD <br> JACKSONVILLE, FL 32256 <br> (904) 645-0049 | **WELLS FARGO EDUC FINANCE #4487\*\*\*\*** <br> PO BOX 84712 <br> SIOUX FALLS, SD 57117 <br> (800) 658-3567 <br> $5500 |
| **US DEPT. OF EDUCATION/GL #394409172679\*\*\*\*** <br> 2401 INTERNATIONAL <br> POB 7859 <br> MADISON, WI 53704 <br> (800) 236-4300 <br> $8190 | **SEARS/CBNA #504994108652\*\*\*\*** <br> PO BOX 6282 <br> SIOUX FALLS, SD 57117-6282 <br> Phone number not available |
| **DIRECT LOAN SVC SYSTEM #321644\*\*\*\*** <br> PO BOX 5609 <br> GREENVILLE, TX 75403-5609 <br> (800) 848-0979 <br> $4095 | **SYNCB/PEP BOYS #601918091705\*\*\*\*** <br> C/O PO BOX 965036 <br> ORLANDO, FL 32896-5036 <br> (866) 396-8254 |

Debtor/Joint Debtor's Name: ELAINE GRIFFIN-MARTHEL & EDDIE MARTHEL JR.

| | |
|---|---|
| DIRECT LOAN SVC SYSTEM #321644****<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609<br>(800) 848-0979<br>$42,187 | DIRECT LOAN SVC SYSTEM #70000186267****<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609<br>(800) 848-0979<br>$8190 |
| DIRECT LOAN SVC SYSTEM #70000186267****<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609<br>(800) 848-0979<br>$7097 | CAPITAL ONE BANK USA NA #517805938592****<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130<br>(800) 955-7070<br>$490 |
| US DEPT. OF EDUCATION/GL #294409172679****<br>2401 INTERNATIONALPOB 7859<br>MADISON, WI 53704<br>(800) 236-4300<br>$52,795 | HARRIS BANK<br>PO BOX 94034<br>PALATINE, IL 60094<br>(888) 340-2265<br>$4916 |
| CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130<br>(800) 955-7070<br>$682 | ENHANCED RECOVERY CORPORATION (PEOPLES GAS)<br>PO BOX 57547<br>JACKSONVILLE, FL 32241<br>(800) 496-8941<br>107644684<br>$ 229 |
| ENHANCED RECOVERY CORPORATION (AT&T)<br>PO BOX 57547<br>JACKSONVILLE, FL 32241<br>(800) 496-8941<br>$657 | NISSAN MOTOR ACCEPTANCE<br>8900 FREEPORT PKWY<br>IRVING, TX 75063<br>(800) 456-6622<br>$18059 |
| PORTFOLIO RECOVERY ASSOCIATES (CAPITAL ONE)120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502<br>(800) 772-1413<br>$683 | FIA CARD SERVICES<br>PO BOX 982235<br>EL PASO, TX 79998<br>$6560 |
| MRS BPO LLC<br>1930 OLNEY AVE<br>CHERRY HILL NJ 08003<br>(888) 334-5677 | GRANITE BAY ACCEPTANCE I<br>1781 VINEYARD DR<br>ANTIOCH CA 94509<br>(925) 779-1801 |
| G C SERVICES<br>4777 HILTON CORP DR<br>COLUMBUS OH 43147<br>(800) 756-6524 | COMED Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680-5379<br>1-800-334-7661 |

Debtor/Joint Debtor's Name: <u>ELAINE GRIFFIN-MARTHEL & EDDIE MARTHEL JR.</u>

| | |
|---|---|
| PEOPLES GAS LIGHT & COKE<br>Attn: Customer Service<br>200 E. Randolph<br>Chicago, IL 60601<br>866-556-6001 | NICOR<br>*P.O. Box 190 Aurora IL 60507 0190*<br>1 (888) 642-6748 |
| CHRYSLER CAPITAL<br>P.O. Box 961279<br>Fort Worth, TX 76161<br>1-855-563-5635 | VILLAGE OF LAKE IN THE HILLS<br>600 Harvest Gate<br>Lake in the Hills, IL 60156<br>Phone: (847) 960-7400 |
| ILLINOIS TOLLWAY<br>2700 Ogden Ave<br>Downers Grove, IL 60515<br>630-241-6800 | ILLINOIS DEPARTMENT OF REVENUE<br>SPRINGFIELD IL 62719-0001<br>800 732-8866 |
| ALGONQUIN PUBLIC LIBRARY<br>2600 Harnish Drive<br>Algonquin, IL 60102<br>847-458-6060 | TMOBILE<br>PO Box 37380<br>Albuquerque, NM 87176-7380<br>800-866-2453 |
| WASTE MANAGEMENT<br>1713 S. Route 31<br>McHenry, IL 60050<br>(866) 570-4702 | CITY OF CHICAGO<br>121 N. LaSalle Street<br>Chicago, Illinois 6060<br>312.744.5000 |
| ST ALEXIUS MEDICAL CENTER<br>1555 Barrington Road<br>Hoffman Estates, IL<br>60169<br>847-843-2000 | ADVOCATE SHERMAN HOSPITAL<br>1425 N. Randall Road,<br>Elgin, Illinois, 60123<br>847-742-9800 |
| DR. MONA GOSH/ PROGESSIVE WOMENS HEALTH<br>1585 N. Barrington Road<br>Doctors Building 2 (Suite 204)<br>Hoffman Estates, IL 60169<br>(847) 884-9000 | PAULA KALUSOVA<br>1040 VIEWPOINT DRIVE<br>LAKE IN THE HILLS, ILLINOIS 60156 |
| City of Rolling Meadows<br>Photo enforcement Program<br>75 Remittance suite 6658<br>Chicago, Illinois 60675-6658 | |